No. D–22. IN RE DISBARMENT OF ROSNER. It is ordered that Edmund Allen Rosner of New York, New York, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 72–1490. FEDERAL POWER COMMISSION v. TEXACO INC. ET AL.; and

No. 72–1491. DOUGHERTY, EXECUTOR, ET AL. v. TEXACO INC. ET AL. C. A. D. C. Cir. [Certiorari granted, 414 U. S. 817.] Motion of the Solicitor General for divided argument granted.

No. 72–1513. SHEA, EXECUTIVE DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF COLORADO, ET AL. v. VIALPANDO. C. A. 10th Cir. [Certiorari granted, 414 U. S. 999.] Motion of petitioners for divided argument granted.

No. 72–1597. BEASLEY ET AL. v. FOOD FAIR OF NORTH CAROLINA, INC., ET AL. Sup. Ct. N. C. [Certiorari granted, 414 U. S. 907.] Motion of Associated Industries, Inc., et al., for leave to participate in oral argument as *amici curiae* denied.